UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLINT FINSTAD and MARY FINSTAD,

    Plaintiffs,

v.                                                Case No.: 2:18-cv-746-FtM-38NPM

WRIGHT NATIONAL FLOOD
INSURANCE COMPANY,

    Defendant.
_____/

# **ORDER**[1]

Before the Court is Plaintiffs' response (Doc. 32) to the Court's Order to show cause (Doc. 31). The parties' mediation deadline was February 18, 2020. (Doc. 25 at 1). After the parties failed to file their required mediation report, the Court ordered the parties to "jointly tell it, in writing, about the status of mediation." (Doc. 31). Defendant never responded or signed onto Plaintiffs' response. Plaintiffs' counsel informs the Court that the parties never mediated. Moreover, Plaintiffs are seeking new representation, so counsel will be filing a motion to withdraw. Finally, Plaintiffs ask the Court to extend the mediation deadline. Yet requests for extensions of time must be filed as proper motions in compliance with Rule 3.01(g), so that request is denied without prejudice. Considering the above, the Court will take no further action on its Order (Doc. 31). But the Court orders Plaintiffs' counsel to file a motion to withdraw on or before March 9, 2020.

    Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

Plaintiffs' counsel must **FILE** a motion to withdraw **on or before March 9, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record